# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN KULP ET AL., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MUNCHKIN, INC.<br><br>*Defendant*. | Case No. 2:22-cv-09381<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Bryan Kulp, Christina Kulp, and Veronica Rodriguez and Defendant Munchkin, Inc., stipulate to the dismissal, with prejudice, of Plaintiffs' individual claims in the above-captioned litigation. The parties waive their rights to appeal and will bear their own attorneys' fees and costs.

Dated: August 1, 2025

**FELDMAN SHEPHERD**

_____

Zachary Arbitman

*Counsel for Plaintiffs*

**BRYAN CAVE LEIGHTON PAISNER**

*/s/ Timothy J. Hasken (with consent)*

_____

Tim Hasken

*Counsel for Defendant*